# United States District Court

Eastern DISTRICT OF Pennsylvania

Solloy Immanuel Adonai-Adoni (PP#684474)

v.

City of Phila.;
PHS - Prison Health Services, et al

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 07-5484

I, Solloy Immanuel Adonai-Adoni, declare that I am the (check appropriate box)

☒ petitioner/plaintiff        ☐ movant (filing 28 U.S.C. 2255 motion)
☐ respondent/defendant        ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Civil Rights Violations
Cruel and Unusual Punishment
Freedom of Religion

In further support of this application, I answer the following questions.

1. Are you presently employed?                                Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   
   N/A

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment     Yes ☐   No ☒
   b. Rent payments, interest or dividends?                     Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?           Yes ☐   No ☒
   d. Gifts or inheritances?                                    Yes ☐   No ☒
   e. Any other sources?                                        Yes ☒   No ☐

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Money Orders Friends approx. $1,000-

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

   Inmate Account Approx. $80-

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☒   No ☐
   If the answer is "yes," describe the property and state its approximate value.

   IP Assets including Domain Names and Trademarks Copyrights to Books, Films and Music

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Before my arrest almost 3 years ago I supported two minor children. Now their mother supports them 100%

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-3-7                             [signature]
             (Date)                             Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 31.22 on account to his credit at the Philadelphia Prison System institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: -NONE-

---

I further certify that during the last six months the applicant's average balance was $ 141.67

Elaine [signature]                              12/13/07
Authorized Officer of Institution
Philadelphia Prisons Accounting Supervisor

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |

```
684439 9607125 CFCF       ENNIS, JOHN                     Lock&Track
Transaction Details:                                      Inmate Detail
                                                          PID: 684439
                                Since 06/01/2007 00:00 But Before 12/13/2007 08:42

Seq No Date/Time            Type      Status   Check   Description                                $Disburse  $Receipt  Running
                                                                                                                       $ Balance
142 06/04/2007 20:37    PURCHASE      POSTED           Commissary Purchase K2775668                 29.78              110.23
143 06/08/2007 17:22    MAIL          POSTED           Property received - Mail                               50.00    160.23
                                                       Comment: 9280189373S
                                                       Ref No: C00524386V
144 06/09/2007 18:19    MAIL          POSTED           MAIL = 5 DAY HOLD=6/16                                200.00    360.23
                                                       Comment: 061860043891/HLD
                                                       Ref No: C00524515V
145 06/11/2007 20:31    PURCHASE      POSTED           Commissary Purchase K2780964                  53.05             307.18
146 06/18/2007 16:36    PURCHASE      POSTED           Commissary Purchase K2786004                  53.45             253.73
147 06/25/2007 21:03    PURCHASE      POSTED           Commissary Purchase K2791105                  52.23             201.50
148 07/02/2007 20:28    PURCHASE      POSTED           Commissary Purchase K2796396                  54.89             146.61
149 07/09/2007 20:00    PURCHASE      POSTED           Commissary Purchase K2801049                  28.25             118.36
150 07/12/2007 08:07    REFUND        POSTED           Commissary Refund K2801049                              1.00    119.36
151 07/16/2007 20:08    PURCHASE      POSTED           Commissary Purchase K2806177                  20.86              98.50
152 07/23/2007 13:55    MAIL          POSTED           MAIL = 5-DAY HOLD-7/30                                200.00    298.50
                                                       Comment: 7408001443SHLD
                                                       Ref No: C00532379V
153 07/23/2007 18:24    PURCHASE      POSTED           Commissary Purchase K2811367                  39.09             259.41
154 07/30/2007 19:47    PURCHASE      POSTED           Commissary Purchase K2816369                  39.72             219.69
155 08/06/2007 20:42    PURCHASE      POSTED           Commissary Purchase K2821502                  31.25             188.44
156 08/13/2007 20:24    PURCHASE      POSTED           Commissary Purchase K2826757                  31.45             156.99
157 08/20/2007 17:58    PURCHASE      POSTED           Commissary Purchase K2831832                  27.78             129.21
158 08/27/2007 19:49    PURCHASE      POSTED           Commissary Purchase K2836988                  26.34             102.87
159 09/04/2007 19:45    PURCHASE      POSTED           Commissary Purchase K2842379                  15.41              87.46
160 09/10/2007 19:35    PURCHASE      POSTED           Commissary Purchase K2846970                  13.46              74.00
161 09/17/2007 16:51    PURCHASE      POSTED           Commissary Purchase K2852110                  14.73              59.27
162 09/21/2007 14:42    MAIL          POSTED           Property received - Mail                              100.00    159.27
                                                       Comment: 08707080159
                                                       Ref No: C00543603V
163 09/24/2007 19:58    PURCHASE      POSTED           Commissary Purchase K2857438                  36.53             122.74
164 09/25/2007 19:03    MAIL          POSTED           Property received - Mail                              100.00    222.74
                                                       Comment: 08707080160
                                                       Ref No: C00544414V
165 10/01/2007 19:39    PURCHASE      POSTED           Commissary Purchase K2862455                  50.00             172.74
166 10/08/2007 19:05    PURCHASE      POSTED           Commissary Purchase K2867881                  35.36             137.38
167 10/13/2007 18:24    MAIL          POSTED           Property received - Mail                              100.00    237.38
                                                       Comment: 11335325398
                                                       Ref No: C00547922V
168 10/15/2007 19:39    PURCHASE      POSTED           Commissary Purchase K2872938                  34.15             203.23
169 10/17/2007 10:53    H-FINES       POSTED           HOLD INITIAL FILING FEE                      30.00             173.23
                                                       Comment: C.A.#07-3809
170 10/22/2007 20:58    PURCHASE      POSTED           Commissary Purchase K2878273                  42.88             130.35
171 10/29/2007 20:37    PURCHASE      POSTED           Commissary Purchase K2883273                  34.92              95.43
172 11/05/2007 17:46    PURCHASE      POSTED           Commissary Purchase K2888425                  34.25              61.18
173 11/12/2007 19:49    PURCHASE      POSTED           Commissary Purchase K2893748                  24.10              37.08
174 11/17/2007 13:55    MAIL          POSTED           Property received - Mail                              100.00    137.08
                                                       Comment: 09405184961
                                                       Ref No: C00554543V
175 11/18/2007 18:02    PURCHASE      POSTED           Commissary Purchase K2898833                  29.41             107.67
176 11/26/2007 18:45    PURCHASE      POSTED           Commissary Purchase K2903555                  27.09              80.58
```

Case 2:07-cv-05484-MLC   Document 1   Filed 12/24/07   Page 3 of 4

| | | | | |
|---|---|---|---|---|
| 177 | 12/03/2007 18:59 | PURCHASE | POSTED | Commissary Purchase K2908803 | 25.80 | 54.78 |

13-DEC-2007 08:42

| | | | | | |
|---|---|---|---|---|---|
| 178 | 12/10/2007 16:01 | PURCHASE | POSTED | Commissary Purchase K2913940 | 23.56 | 31.22 |
| 179 | 12/13/2007 08:26 | H-FINES | POSTED | REVERSE HOLD ez | 30.00 | 61.22 |
| 180 | 12/13/2007 08:29 | CHECK | POSTED | 551475 Check 551475 FILING FEE | 30.00 | 31.22 |
| | | | | Comment: CLK.U.S.DIST.CT.E.DIST.PA;C.A.07-CV-03689 | | |

Total                           989.79   881.00

Page 2

Press <GoBack>: