UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOLLOG IMMANUEL ADONAI-ADONI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 07-5484 (MLC)<br><br>**ORDER & JUDGMENT** |

For the reasons stated in the Court's Memorandum Opinion, dated November 18, 2009, **IT IS** on this 18th day of November, 2009 **ORDERED** that the defendants' motion for summary judgment (dkt. entry no. 63) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the plaintiff's cross motion to amend the complaint and unseal the ex parte motion for a temporary restraining order (dkt. entry no. 65) is **DENIED;** and

**IT IS FURTHER ADJUDGED** that **JUDGMENT IS ENTERED IN FAVOR** of the defendants Prison Health Services and Dr. Alyn Caulk.

    s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge
District of New Jersey
Sitting by Designation