UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOLLOG IMMANUEL ADONAI-ADONI, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PHILADELPHIA, et al., <br><br> Defendants. | CIVIL ACTION NO. 07-5484 (MLC) <br><br> **ORDER & JUDGMENT** |

For the reasons stated in the Court's August 13, 2012 Opinion, **IT IS** on this     13th     day of August, 2012, **ORDERED** that the Report and Recommendation (dkt. entry no. 77) is **ADOPTED** as the Court's findings of fact and conclusions of law; and

**IT IS FURTHER ADJUDGED** that the Complaint is **DISMISSED**; and

**IT IS FURTHER ORDERED** that the plaintiff's "Motion to Recuse Magistrate" (dkt. entry no. 80) is **DENIED**; and

**IT IS FURTHER ORDERED** that the plaintiff's Motion to Compel Discovery (dkt. entry no. 78) is **DENIED AS MOOT**; and

**IT IS FURTHER ORDERED** that the plaintiff's "Motion to Order Clerk to Correct Address Information" (dkt. entry no. 79) is **DENIED AS MOOT**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **CLOSED**.

                                           s/ Mary L. Cooper
                                       **MARY L. COOPER**
                                       United States District Judge
                                       United States District Court
                                       District of New Jersey
                                       Sitting by Designation